IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:25-CV-590 |
| v. | ) ) | Hon. Judge Neary |
| TALEN ENERGY CORPORATION AND BRUNNER ISLAND, LLC, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Talen Energy Corporation and Brunner Island, LLC (collectively "Brunner"), by and through their undersigned counsel, respectfully request a stay of all parties' discovery obligations pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure until the Court decides whether the Center for Biological Diversity's ("CBD") complaint states a valid claim. The reasons in support of Brunner's Motion are fully set forth in the Memorandum of Law being filed contemporaneously with this Motion.

Pursuant to Local Rule 7.1, the undersigned certifies that she sought concurrence in this motion from Plaintiff's counsel. Through counsel, Plaintiff responded that it must review the arguments in the Motion to Dismiss before deciding whether to oppose. Plaintiff informed the undersigned that it will file either (a) a notice of non-opposition to the Motion to Stay within three business

days of its filing (i.e., on or before June 5, assuming the Motion to Stay is filed June 2), or (b) its opposition to the Motion to Stay in the ordinary course and consistent with the briefing timeframe in the local rules for non-dispositive motions.

Brunner is therefore presenting these issues to this Court for resolution.

> /s/ Bonnie A. Barnett
> Bonnie A. Barnett
> FAEGRE DRINKER BIDDLE
>     & REATH LLP
> One Logan Square, Suite 2000
> Philadelphia, Pennsylvania 19103
> (215) 988-2916
> bonnie.barnett@faegredrinker.com
>
> Brooks M. Smith (*pro hac vice*)
> TROUTMAN PEPPER LOCKE LLP
> 1001 Haxall Point, Suite 1500
> Richmond, VA 23219
> (804) 697-1414
> brooks.smith@troutman.com
>
> Lindsey B. Mann (*pro hac vice*)
> TROUTMAN PEPPER LOCKE LLP
> 600 Peachtree Street, NE, Suite 3000
> Atlanta, GA 30308
> (404) 885-2743
> lindsey.mann@troutman.com
>
> *Counsel for Defendants Talen Energy*
> *Corporation and Brunner Island, LLC*

DMS_US.371290380.4

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, a copy of the foregoing MOTION TO STAY DISCOVERY was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: June 2, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Bonnie A. Barnett*
　　　　　　　　　　　　　　　　　　Bonnie A. Barnett
　　　　　　　　　　　　　　　　　　Brooks M. Smith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Lindsey B. Mann (*pro hac vice*)

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　*Talen Energy Corporation and Brunner Island, LLC*

DMS_US.371290380.4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>TALEN ENERGY CORPORATION AND BRUNNER ISLAND, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-590<br><br>Hon. Judge Neary |

## **ORDER**

**AND NOW**, this ___ day of June 2025, **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery pending resolution of its Motion to Dismiss is **GRANTED.**

BY THE COURT:

_____
Keli M. Neary
United States District Judge