IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
AT HARRISBURG

**CENTER FOR BIOLOGICAL DIVERSITY,**

      **Plaintiff,**

v.

**TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,**

      **Defendants.**

Civil Action No. 1:25-cv-00590

Hon. Judge Neary

**JOINT MOTION TO STAY CASE MANAGEMENT DEADLINES PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**

Plaintiff Center for Biological Diversity (the "Center") and Defendants Talen Energy Corporation and Brunner Island, LLC ("Brunner") hereby jointly move the Court to stay all case management deadlines pending resolution of Brunner's Motion to Dismiss, ECF Nos. 25, 27. In support thereof, the parties represent as follows:

1. On June 2, 2025, Brunner filed both a Motion to Dismiss, ECF No. 25, and a Motion to Stay Discovery, ECF No. 26.

2. On June 5, the Center filed its Non-Opposition to the Motion to Stay, ECF No. 28.

1

3. The parties conferred on June 5 regarding the upcoming June 20 deadline to submit a proposed case management order and the case management conference scheduled to begin at 11:30 AM on June 25.

4. The Center and Brunner do not intend on engaging in discovery until after the Court issues an Order resolving Brunner's Motion to Dismiss. Accordingly, the parties believe it will conserve the resources of the parties and the Court to stay all case management deadlines until the Court rules on the Motion to Dismiss.

5. If the Court denies Brunner's Motion to Dismiss, then the parties propose they confer about a case management plan, discovery plan, and initial disclosures within two weeks of the Court's Order on the Motion to Dismiss. The parties will file a proposed case management plan within one week after their conferral. If the Court grants Brunner's Motion to Dismiss, then the parties shall proceed in the ordinary course.

WHEREFORE, the parties respectfully request that the Court stay all case management deadlines pending resolution of Brunner's Motion to Dismiss. A proposed order is attached.

Jointly & Respectfully submitted this 6th Day of June, 2025.

| | |
|---|---|
| s/ Stephen G. Harvey<br>Stephen G. Harvey<br>Pa. Bar No. 58233<br>Steve Harvey Law LLC | /s/ Bonnie A. Barnett<br>Bonnie A. Barnett<br>FAEGRE DRINKER BIDDLE<br>& REATH LLP |

1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com

James M. Hecker
Daniel C. Snyder
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600 ext. 225
jhecker@publicjustice.net
dsnyder@publicjustice.net

Hannah Connor
Ragan Whitlock
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
(202) 681-1676
hconnor@biologicaldiversity.org
rwhitlock@biologicaldiversity.org

*Attorneys for Plaintiff*

One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
(215) 988-2916
bonnie.barnett@faegredrinker.com

Brooks M. Smith (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
(804) 697-1414
brooks.smith@troutman.com

Lindsey B. Mann (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-2743
lindsey.mann@troutman.com

*Counsel for Defendants Talen Energy Corporation and Brunner Island, LLC*