IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,<br><br>    Defendants. | Case No. 1:25-cv-00590-KMN<br>Hon. Keli M. Neary |

**MOTION FOR LEAVE TO
PARTICIPATE AS *AMICUS CURIAE***

---

The Utility Solid Waste Activities Group[1] respectfully moves this Court for leave to participate as an *amicus curiae* in this case for the reasons stated in its contemporaneously filed supporting brief. USWAG's proposed brief is attached to this Motion as **Exhibit A**.

                                                                           Respectfully submitted,

                                                                           */s/* Casey Alan Coyle
                                                                           Casey Alan Coyle
                                                                          Pa Bar No. 307712
                                                                          Babst Calland
                                                                          300 N. 2nd Street, Ste. 801
                                                                          Harrisburg, PA 17101
                                                                          (717) 868-8680
                                                                          ccoyle@babstcalland.com

---

[1] USWAG member Tennessee Valley Authority is not participating in this litigation.

        Margaret K. Fawal (petition for special admission forthcoming)
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000
mkfawal@venable.com
*Counsel for the Utility Solid Waste Activities Group*

Dated: June 9, 2025