# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,<br><br>    Defendants. | Case No. 1:25-cv-00590-KMN<br>Hon. Keli M. Neary |

## BRIEF IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to Local Rule 7.5 of this Court, the Utility Solid Waste Activities Group (hereafter, "USWAG")[1] respectfully submits this brief in support of its contemporaneously filed Motion for Leave to Participate as *Amicus Curiae*.

A district court has broad discretion to permit an *amicus curiae* to participate in a pending action. *Waste Mgmt., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995). Courts evaluating a request to appear as an *amicus curiae* consider whether the "information offered is timely and useful" and whether the *amicus curiae* has a interest in the outcome of the case. *Id.* (internal quotation marks omitted);

---

[1] USWAG member Tennessee Valley Authority is not participating in this litigation.

*Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002).

Here, as an initial matter, USWAG's request for leave to file an *amicus* brief is timely. Plaintiff commenced this action just over two months ago, and Defendant Talen Energy Corporation filed a Motion to Dismiss earlier this month, on June 2, 2025. (Doc. Nos. 1, 25.) The timeliness factor, therefore, weighs in favor of granting leave to file an *amicus* brief.

Further, USWAG's involvement in this case will be useful. USWAG and its members have substantial expertise in the subject matter implicated in this action. USWAG is an association of over 130 utility operating companies, energy companies, and industry associations that represent waste, byproduct, and chemical management issues on behalf of the electric power industry, including waste-related rulemakings and litigation arising from matters affecting its members. Particular to the instant case, USWAG represents its members in matters arising under the Resource Conservation and Recovery Act, including the federal regulations governing disposal of coal combustion residuals ("CCR") at 40 C.F.R. Part 257, Subpart D. USWAG's participation is desirable and will aid the Court's disposition of this case because USWAG and its counsel have extensive experience with the federal CCR regulations and associated rulemakings. Given this experience, USWAG's participation will provide additional ideas, arguments, insights, and facts that are not found in the parties' briefs.

Finally, USWAG has a critical interest in the legal issue implicated in this case due to the potential direct ramifications for its members. This case raises an important legal question involving the proper interpretation and application of the federal CCR regulations to impoundments that were closed prior to October 19, 2015 ("closed impoundments"). Specifically, Plaintiff seeks to inappropriately classify these units as "inactive CCR surface impoundments" and retroactively assign liability to Defendants for noncompliance with the CCR regulations. Many USWAG members own or operate facilities with closed impoundments. These members reasonably relied on statements made by the U.S. Environmental Protection Agency when it issued the original CCR regulations in 2015 to conclude that such units were exempt from the regulations.

WHEREFORE, USWAG respectfully requests that the Court grant its Motion for Leave to Participate as *Amicus Curiae* and enter the proposed order submitted as Exhibit A to the Motion for Leave to Participate as *Amicus Curiae*.

Respectfully submitted,

 */s/* Casey Alan Coyle
Casey Alan Coyle
Pa Bar No. 307712
Babst Calland
300 N. 2nd Street, Ste. 801
Harrisburg, PA 17101
(717) 868-8680
ccoyle@babstcalland.com

Margaret K. Fawal (petition for special admission forthcoming)
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000
mkfawal@venable.com
*Counsel for the Utility Solid Waste Activities Group*

Dated: June 9, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,<br><br>    Defendants. | Case No. 1:25-cv-00590-KMN<br>Hon. Keli M. Neary |

## CERTIFICATE OF SERVICE

    I, Casey Alan Coyle, hereby certify that on June 9, 2025, I electronically filed the Utility Solid Waste Activities Group's Motion for Leave to Participate as *Amicus Curiae* with the Clerk of the Court using the CM/ECF system which constitutes service on all counsel of record in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

                                           /s/ Casey Alan Coyle
                                           Casey Alan Coyle
                                           Pa Bar No. 307712
                                           Babst Calland
                                           300 N. 2nd Street, Ste. 801
                                           Harrisburg, PA 17101
                                           (717) 868-8680
                                           ccoyle@babstcalland.com

                                           *Counsel for the Utility Solid Waste Activities Group*