**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT    :

**PETITION**

I, _Margaret K. Fawal_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:  __600 Massachusetts Ave. NW__

__Washington, D.C. 20001__

_____

Office Telephone: __(202) 344-4791__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__See Exhibit A_____

_____

_____

My attorney Identification number is: __District of **Columbia**: 1013495; **Texas**: 24074552__

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_X___SPECIAL ADMISSION:

GRANTED BY THE COURT ___/s/ Keli M. Neary____    Date:__06/10/2025__

Updated: 3/24/2025

Please Complete the Following:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am admitted to practice in the United States District Court for the District of Columbia and the highest court of both the District of Columbia and Texas. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice and am not subject to pending disciplinary proceedings in any jurisdiction.

## NAME THE PARTY YOU REPRESENT:

The Utility Solid Waste Activities Group

If special admission is requested for a particular case, please list case number and caption:

Case # 1:25-CV-590

Caption # Center for Biological Diversity v. Talen Energy Corporation and Brunner Island, LLC

Updated: 3/24/2025

I understand that:

1)  If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2)  If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:
    Casey Alan Coyle
    300 N. 2nd Street, Ste. 801, Harrisburg, PA 17101
    (717) 868-8680; PA Bar Number: 307712

3)  If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
SIGNATURE OF PETITIONER

1013495, District of Columbia
_____
(Bar Identification Number and State where admitted)
6/10/2025
_____
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

_____
SIGNATURE OF PETITIONER

Updated: 3/24/2025

## **EXHIBIT A**

| TITLE OF STATE BAR/COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| District of Columbia Bar No. 1013495 | 04/01/2013 | Yes |
| State of Texas Bar No. 24074552 | November 2010 | Yes |
| United States Court of Appeals for District of Columbia Circuit | 01/31/2013 | Yes |
| United States Court of Appeals for the First Circuit | 10/07/2016 | Yes |
| United States Court of Appeals for the Sixth Circuit | 11/13/2017 | Yes |
| United States District Court for the District of Columbia | 11/04/2013 | Yes |