IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,<br><br>    Defendants. | Case No. 1:25-cv-00590-KMN<br>Hon. Keli M. Neary |

## ORDER

Upon the Motion for Leave to File Brief of *Amicus Curiae* the United Solid Waste Activities Group, and for good cause shown, it is hereby **ORDERED** on this 11th day of June 2025, that the Motion is **GRANTED**. The Clerk of the Court shall **DOCKET** the *Amicus* Brief attached as Exhibit A to the Motion.

                                        /s/ Keli M. Neary
                                        Hon. Keli M. Neary
                                        United States District Court Judge
                                        Middle District of Pennsylvania