IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | : CIVIL ACTION NO. 1:25-CV-590 |
| | : |
| | : **(Judge Neary)** |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,** | : |
| | : |
| **Defendant** | : |

**ORDER**

AND NOW, this 16th day of June, 2025, upon consideration of the parties' joint motion[1] (Doc. 29) to stay case management deadlines pending resolution of defendant Talen Energy Corporation and Brunner Island, LLC's motion (Doc. 25) to dismiss, and the court observing that while the filing of a dispositive motion does not automatically entitle a party to stay of discovery,[2] "[i]n certain circumstances it may be appropriate to stay discovery while evaluating a motion to dismiss where, if the motion is granted, discovery would be futile," Mann v. Brenner, 375 F. App'x 232, 239 (3d. Cir. 2010) (collecting cases), and that "a stay is proper where the likelihood that such motion may result in a narrowing or an outright elimination of discovery outweighs the likely harm to be produced by the delay." 19th Street

---

[1] The court notes that defendants previously filed a motion (Doc. 24) to stay discovery on June 2, 2025, to which plaintiff Center for Biological Diversity later filed a response indicating it does not oppose a stay pending the outcome of defendants' motion (Doc. 25) to dismiss.

[2] The court further notes that the parties cannot simply agree not to proceed with discovery pending disposition of a motion to dismiss.

<u>Baptist Church v. St. Peters Episcopal Church</u>, 190 F.R.D. 345, 349 (E.D. Pa. 2000), and the court concluding that the factors weigh in favor of staying discovery pending disposition of defendants' motion (Doc. 25) to dismiss, it is hereby ORDERED that:

1. The parties' joint motion (Doc. 29) is GRANTED as follows.

2. Discovery in the above-captioned action is STAYED pending resolution of defendants' motion (Doc. 25) to dismiss.

3. The court will enter a case management scheduling order, if necessary, following resolution of defendants' motion (Doc. 25) to dismiss.

4. Defendants' unopposed motion (Doc. 24) to stay discovery filed on June 2, 2025, is DENIED as moot.

                                          /S/ KELI M. NEARY
                                          Keli M. Neary
                                          United States District Judge
                                          Middle District of Pennsylvania